UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JANE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-80-B-W |
| | ) | |
| TOWN OF MILO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 5, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss of Defendants Richard Gallagher, Jerry Brown and Joseph Beres (Docket # 10) be and hereby is GRANTED. The claims against the Town of Milo and Mr. Hamlin remain for further development.

SO ORDERED.

/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2009